**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Luis REYES, Defendant–Appellant.**

No. 05–50408
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jose Luis Reyes, Beaumont, TX, pro se.

Jesse R. Coronado, Eagle Pass, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jose Luis Reyes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reyes has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.